No. 88–6677. BUTLER *v.* MCKELLAR, WARDEN, ET AL., 494 U. S. 407;

No. 89–1122. CHRISTENSEN *v.* PETTEY ET AL., 494 U. S. 1017;

No. 89–1126. SUEHL ET AL. *v.* IOWA, 494 U. S. 1017;

No. 89–6261. LAWSON *v.* CALIFORNIA, 493 U. S. 1086;

No. 89–6458. MACGUIRE *v.* MILLER, SHINE & BRYAN ET AL., 494 U. S. 1019; and

No. 89–6556. MCCONE *v.* SAGEBRUSH PROPERTIES, INC., ET AL., 494 U. S. 1035. Petitions for rehearing denied.

No. 88–1650. TAFFLIN ET AL. *v.* LEVITT ET AL., 493 U. S. 455. Second motion for leave to file petition for rehearing denied.

No. 89–1068. ROSENBAUM *v.* ROSENBAUM ET AL., 494 U. S. 1004. Application to suspend the effect of the order denying certiorari, addressed to JUSTICE O'CONNOR and referred to the Court, denied. Petition for rehearing denied.

APRIL 26, 1990

No. A–748. WOOMER *v.* AIKEN, WARDEN, ET AL. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

No. 88–6393 (A–749). WOOMER *v.* AIKEN, WARDEN, ET AL., 489 U. S. 1091 and 490 U. S. 1077. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Motion for leave to file second petition for rehearing denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application for stay of execution.